**Tanya Durkee Urbach**, OSB No. 962668
 durkeet@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon  97204-3158
Telephone:  (503) 778-2100
Facsimile:  (503) 778-2200

**Michelle Peterson,** WSBA No. 33598
*Admitted Pro Hac Vice*
michelle@michellepetersonlaw.com
**MICHELLE PETERSON LAW, PLLC**
1420 5th Avenue, Suite 2200
Seattle, Washington 98101

Attorneys for Defendant Shaun Little

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES,**<br><br>　　　　**Plaintiff,**<br><br>V.<br><br>**SHAUN LITTLE,**<br><br>　　　　**Defendant.** | CASE NO.  6:09-CR-60167-05-AA<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR MODIFICATION OF TERMS OF PROBATION** |

This matter comes before the Court on the Defendant's Unopposed Motion for Modification of Terms of Probation. The Court has considered the motion and all the records in this case and GRANTS the motion.

IT IS HEREBY ORDERED that the Defendant's Standard Conditions of Probation and Supervised Release shall be modified to allow the Defendant to possess a bow and arrows for hunting.

DONE this 12 day of May, 2015

_____
UNITED STATES DISTRICT JUDGE